**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CHAMBERS
APR 27 2005
U.S. MAGISTRATE JUDGE
N.D. GEORGIA

| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| | : | ~~UNDER SEAL~~ Unsealed 8·10·05 |
| v. | : | NO. 1 05-CR-196 |
| ANH NGOC NGUYEN | : | |

THE GRAND JURY CHARGES:

Beginning on a date unknown to the Grand Jury and continuing at least until on or about March 31, 2004, in the Northern District of Georgia and elsewhere, the defendant, ANH NGOC NGUYEN together with others unindicted herein, did knowingly, and intentionally combine, conspire, confederate, agree and have a tacit understanding with other persons known and unknown to the Grand Jury, to commit violations of the law of the United States of America under Title 18, United States Code, Sections 1956 and 1957, as follows:

(a) To conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, monies generated by the sale and distribution of controlled substances punishable under the laws of the United States of America,

(1) with the intent to promote the carrying on of such specified unlawful activity; and (2) knowing that the transaction

was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity; and (3) knowing that the transaction was designed in whole and in part to avoid a transaction reporting requirement under Federal law, and that while conducting and attempting to conduct such financial transaction, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, §1956(a)(1); and,

(b) knowingly to engage, attempt to engage and cause and aid and abet others in engaging in monetary transactions effecting interstate and foreign commerce, in criminally derived property that was of a value greater than $10,000, in violation of Title 18, United States Code, §1957.

## Ways, Manners and Means of the Conspiracy

The purpose of the conspiracy was to acquire, transfer and transmit monies derived by dealers in controlled substances from the sale of controlled substances to other persons and places through the use of wire transfers by financial institutions.

1. It was part of the conspiracy that the defendant and his co-conspirators would and did engage in financial transactions to launder monetary instruments that represented the proceeds of specified unlawful activity.

2. It was further part of the conspiracy that the defendant and his co-conspirators did wire and cause to be wired sums of money through wire remitters and financial institutions, said money being the proceeds of a specified unlawful activity, to wit: monies generated by the sale of controlled substances.

3. It was further part of the conspiracy that the defendant did accept large amounts of currency from his co-conspirators and said currency was counted and wire transfers issued in various denominations and amounts. All in violation of Title 18, United States Code, §1956(h).

A ____TRUE____ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

_____
STEPHANIE GABAY-SMITH
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, SW
Atlanta, GA 30303
404/581-6200
Georgia Bar No. 663519