IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | No. 1:05-CR-196-BBM |
| AN NGOC NGUYEN | : | |

RESPONSE TO DEFENDANT'S MOTION
FOR EARLY IDENTIFICATION OF THE
GOVERNMENT'S CASE IN CHIEF DOCUMENTS

Comes now the United States of America, by David H. Nahmias, United States Attorney, and Stephanie Gabay-Smith, Assistant United States Attorney for the Northern District of Georgia, and files this response to defendant's motion for early identification of the government's case in chief documents as follows:

On September 21, 2005, counsel for the defendant filed pretrial motions requesting among other things the early identification of the government's case in chief documents witnesses. The Government opposed this motion at the Pretrial Conference that was held on September 26, 2005, before the Honorable Joel M. Feldman. Counsel for the government was then ordered to respond in writing to the defendant's motion. In compliance with that order the government submits the following:

On September 7, 2005, the government provided the defense counsel with a CD-ROM disc that contained discovery documents involving his client. It appears that defense counsel has not

reviewed the items on the CD-ROM nor performed a word search to find the documents that pertain to his client. Counsel for the government is more than willing, within reason, to answer questions concerning the discovery it has turned over. However, defense counsel has not asked any questions. Instead, he only states that "the government could not seriously contend that all of this material [the items on the CD-ROM] will be offered by the government as evidence in chief at trial." The government understands its obligations under Fed R. Crim. Pro. 16 and has complied. <u>United States v. Jordan</u>, 316 F.3d. 1215(11th Cir. 2003). Therefore, at this juncture, defense counsel is not entitled to anymore than what he has already received.

                Respectfully submitted,
                DAVID H. NAHMIAS
                UNITED STATES ATTORNEY

                s/STEPHANIE GABAY-SMITH
                ASSISTANT UNITED STATES ATTORNEY
                400 U.S. Courthouse
                75 Spring St., SW
                Atlanta, GA  30335
                404/581-6200
                Georgia Bar No. 663519

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document electronically:

>Bruce Howard Morris, Esq.
>3340 Peachtree Road, NE
>2540 Tower Place
>Atlanta, GA 30326

This 24th day of October, 2005.

>s/STEPHANIE GABAY-SMITH
>ASSISTANT UNITED STATES ATTORNEY
>Stephanie.Smith@usdoj.gov