ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 2 6 2010

JAMES N. HATTEN, CLERK
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 1:05-CR-196 |
| | : | |
| AHN NGOC NGUYEN | : | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

It appearing in the above-styled case, that by authority of the undersigned and in view of the defendant's cooperation and compliance with Toronto Police Services Bail and Parole Enforcement in Canada, the criminal indictment, filed April 27, 2005, charging a violation of 18 U.S.C. Section(s) 1956(h), is dismissed as to AHN NGOC NGUYEN and Movant prays leave of Court to file the same.

SALLY QUILLIAN YATES
ACTING UNITED STATES ATTORNEY

By: _____
STEPHANIE GABAY-SMITH
ASSISTANT UNITED STATES ATTORNEY
(404)581-6242
FAX: (404)581-6181
Georgia Bar No. 663519

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

## O R D E R

Now, to-wit, on the __24__ day of __February__, 2010, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

_____
THOMAS W. THRASH. JR.
UNITED STATES DISTRICT JUDGE